UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Al Hamburg,

    Plaintiff,

v.

William J. Clinton,

    Defendant.

Civil Action No. 98-1459 (TPJ)

FILED
JAN 22 1999
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This matter is before the Court on defendant's motion to dismiss and plaintiff's various motions. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motions to consider news story and book as evidence [6, 12], for partial summary judgment [9], discovery [10], to join third party defendants [11], and to join the State of Nebraska as a defendant [18] are DENIED; it is

FURTHER ORDERED that plaintiff's petitions for writ of mandamus [13, 24, 41], and motion to require the Attorney General to file a signed statement [20] are DENIED; it is

FURTHER ORDERED that plaintiff's motions for his due process rights [24], extension of time [32], and appointment of counsel [39] are DENIED; it is

FURTHER ORDERED that defendant's motion to dismiss [27], treated as a motion for summary judgment, is GRANTED; and it is

FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant and this action is DISMISSED with prejudice. Any other pending motions are denied as moot. This is a final appealable order.

SO ORDERED.

Thomas Penfield Jackson
United States District Judge

DATE: 1/22/99